UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

RALPH SAMS,

                                      Plaintiff,

                -against-

The CITY OF NEW YORK, et al.,

                                      Defendants.

---------------------------------------------------------------- x

**STIPULATION OF SETTLEMENT OF COSTS AND ATTORNEYS' FEES**

13-CV-2368 (BMC)

       **WHEREAS**, plaintiff Ralph Sams commenced this action by filing a complaint on or about April 18, 2013 alleging that the defendants violated his federal civil and state common law rights; and

       **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

       **WHEREAS**, plaintiff accepted a judgment pursuant to Rule 68 in the amount of $5,001 plus reasonable attorneys' fees, costs, and expenses, up to December 10, 2013; and

       **WHEREAS**, the parties now desire to resolve the issue of attorneys' fees, costs and expenses, without further proceedings;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the respective parties to the above-captioned action, as follows:

       1.    No later than ninety (90) days after Paul Hale, Esq. has provided Defendant City of New York with signed originals of: (i) this Stipulation (ii) a properly completed W-9, and (iii) and the fully executed Assignment of Fees and Costs, Defendant City

of New York shall pay to Paul Hale, Esq., the sum total of FORTY THOUSAND DOLLARS ($40,000.00) in full satisfaction of all plaintiff's attorneys' fees, expenses and costs in; and

2. This Stipulation of Settlement of Costs and Attorneys' Fees ("Stipulation") shall not be construed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York; and

3. This Stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations, and nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

Dated: New York, New York
       June __, 2014

| | |
|---|---|
| PAUL HALE, ESQ.<br>*Attorney for Plaintiff*<br>26 Court Street<br>Brooklyn, New York 11242<br><br>By: _____<br>Paul Hale, Esq.<br>Attorney for Plaintiff | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants the City of New York and Fawad Khan*<br>100 Church Street<br>New York, New York 10007<br><br>By: _____<br>Curt P. Beck<br>Special Corporation Counsel |

2

## ASSIGNMENT OF RIGHTS TO LEGAL FEES & COSTS

I, RALPH SAMS, hereby assign all my rights to legal fees and costs in the case captioned Ralph Sams v. City of New York, 13 Civ. 2368 (BMC), in the United States District Court for the Eastern District of New York, to Paul Hale, Esq.

Dated: New York, New York
June 10, 2014

_____
RALPH SAMS

STATE OF NEW YORK    )
                     : SS:
COUNTY OF  Kings     )

On the 10th day of June, 2014, before me personally came and appeared RALPH SAMS, to me known and known to me to be the individual described in and who executed the foregoing instrument, and who duly acknowledged to me that he executed the same.

KAMAL P. SONI
Notary Public, State of New York
No. 01SO6089949
Qualified in Kings County
Commission Expires March 31, 2015

NOTARY PUBLIC

_____
Ralph Sams

## GENERAL RELEASE

**KNOW THAT I**, Ralph Sams, in consideration of the payment of FORTY THOUSAND DOLLARS ($40,00.00) by the City of New York, pursuant to the Stipulation of Settlement of Attorneys' Fees executed by counsel for the parties in the action entitled <u>Ralph Sams v. City of New York, et al.</u>, 13-CV-2368 (BMC), do hereby release and discharge the defendants, their successors or assigns; and all past and present officials, employees, representatives and agents of the City of New York, or any agency thereof, from any and all claims of attorneys' fees, expenses and costs that were or could have been alleged in the aforementioned action.

This Release may not be changed orally.

**THE UNDERSIGNED HAS READ THE FOREGOING RELEASE AND FULLY UNDERSTANDS IT.**

Dated: New York, New York
June 11, 2014

_____
Ralph Sams

STATE OF NEW YORK
COUNTY OF KINGS
SIGNED BEFORE ME ON 6/11/2014
RALPH SAMS

KAMAL P. SONI
Notary Public, State of New York
No. 01SO6089949
Qualified in Kings County
Commission Expires March 31, 2015

3

**Beck, Curt (Law)**

Subject:     FW: Sams
Attachments: SAMS Executed fee settlement documsents.pdf

---

**From:** p h [mailto:paul@halelegalgroup.com]
**Sent:** Thursday, June 19, 2014 4:02 PM
**To:** Beck, Curt (Law)
**Subject:** Re: Sams

Executed settlement documents attached.    Hard copies are being mailed out today.

Paul Hale, Esq.
26 Court Street
Suite 913
Brooklyn, NY 11242
(718) 554-7344
www.HaleLegalGroup.com

===========
This email and any attachments do not include any form of electronic signature or formal ratification of any agreement; which can only be confirmed by an actual, original signature independently executed by the sender of this email.

This message is intended only for the addressee. The information contained in this message is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. Unauthorized forwarding, printing, copying, distributing, or using such information is strictly prohibited and may be unlawful. If you are not the addressee, please promptly delete this message and notify the sender of the delivery error by return e-mail or you may call our office at (718) 554-7344. Thank you.
===========

7/10/2014



| | THE CITY OF NEW YORK | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | CURT BECK<br>*Special Corporation Counsel*<br>Tel.: (212) 356-3524<br>cbeck@law.nyc.gov |

July 10, 2014

**VIA ECF**

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    Ralph Sams v. The City of New York, 13 CV 2368 (BMC)

Dear Judge Cogan:

    As you know, I represented the defendants the City of New York and Detective Fawad Khan in the captioned litigation. Pursuant to Your Honor's instructions at the Conference on April 25, 2014, the parties settled the fee dispute, D.E. ## 40-44, in which plaintiff sought $138,942.86 in costs and fees, for $40,000 on May 16, 2014. See D.E. # 46 (Notice of Settlement).

    However, I only received the originals of the necessary paper work from plaintiff in the last week of June. Due to the intervening July 4th holiday and my absence from the office during that holiday, as well as my commitments in other cases, today July 10, 2014, is the earliest date I could ECF those papers, as You requested on July 7, 2014.

                                              Respectfully submitted,

                                              Curt P. Beck

c:    Paul Hale, Esq. (email)